COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE

Appellate case name:        Zamick Tannarpatia Milhouse v. Ebonie McCain

Appellate case number:    01-14-00740-CV

Trial court case number:    2006-74892

Trial court:                         311th District Court of Harris County

The Court has directed me to notify you that the Court may dismiss this appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).  Appellant attempts to appeal from the trial court's August 25, 2014 "Order on Motion for New Trial," but "[a]n order granting a new trial is an unappealable, interlocutory order."  *Fruehauf Corp. v. Carrillo*, 848 S.W.2d 83, 84 (Tex. 1993); *see also Shqeir v. Shqeir*, No. 05-00-00044-CV, 2000 WL 370914, at *1 (Tex. App.—Dallas Apr. 12, 2000, no pet.) (not designated for publication).  Further, it appears that the trial court has vacated its August 25, 2014 order, thereby rendering this appeal moot.  *See In re Blatty*, No. 01-14-00435-CV, 2014 WL 4374169, at *1 (Tex. App.—Houston [1st Dist.] Sept. 4, 2014, orig. proceeding) (mem. op.); *In re A.R.A.*, No. 08-14-00220-CV, 2014 WL 3950668, at *1 (Tex. App.—El Paso Aug. 13, 2014, no pet.) (mem. op.); *In re Mallory*, No. 12-12-00195-CV, 2012 WL 4097307, at *3 (Tex. App.—Tyler Sept. 19, 2012, orig. proceeding) (mem. op.); *see also Valley Baptist Med. Ctr. v. Gonzales*, 33 S.W.3d 821, 822 (Tex. 2000); *In re Sierra Club*, 420 S.W.3d 153, 156–57 (Tex. App.—El Paso 2012, orig. proceeding).

Accordingly, the Court has directed me to notify you that the Court may dismiss this appeal for want of jurisdiction unless, within 10 days of the date of this notice, you file a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law to show that this Court has jurisdiction over the appeal.  *See* TEX. R. APP. P. 42.3(a).

Clerk's signature:  _____
Date:  February 19, 2015